JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| CHARLES DAVIS, et al., | Case № 2:21-cv-05623-ODW (MRWx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ABM INDUSTRIES, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Order granting Defendant ABM's Motion to Dismiss and Defendant Union's Motion for Judgment on the Pleadings, (ECF No. 23), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

///
///
///
///
///
///
///
///
///
///

1. Defendants ABM Industries, Inc. and United Service Workers West SEIU Local 1877 ("Defendants") shall have **JUDGMENT** in their favor.

2. Plaintiffs Charles Davis, Mohamed Bholat, Hasanjee Bholat, Chiragh Hussain, Reginald Johnson, Jonathan Nabago, and Byron Williams ("Plaintiffs") shall take nothing from Defendants.

3. Plaintiffs' Complaint is **DISMISSED ON THE MERITS and WITH PREJUDICE**.

This Order shall constitute the **FINAL JUDGMENT** of the Court.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 8, 2021

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2